IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COREY ALAN BENNETT, | Civil No. 3:21-cv-2122 |
| Plaintiff | (Judge Mariani) |
| v. | |
| CORRECTIONAL OFFICER REED, et al., | |
| Defendants | |

**ORDER**

**AND NOW,** this 23rd day of March, 2022, upon consideration of Plaintiff's motions (Docs. 20, 27) for appointment of counsel, and in accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT** the motions (Docs. 20, 27) are **DENIED** without prejudice.

Robert D. Mariani
United States District Judge